FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0242

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0242

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ZECHARIAH JUSTIN DANIEL SMITH,

Defendant and Appellant.

## ORDER

Pursuant to Appellant's motion to consolidate and good cause appearing,

IT IS ORDERED that Appellant's motion to consolidate is granted. Cause Nos. DA 22-0242, DA 22-0243, DA 22-0244, DA 22-0245, DA 22-0246, and DA 22-0308 are hereby consolidated for the purposes of appeal under Cause No. DA 22-0242 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2023